IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02320-PSF-MJW

MARK JORDAN,

    Plaintiff,

v.

ROBERT A. HOOD, Warden, ADX Florence;
MARY H. SOSA, Acting ISM, ADX Florence, in their official capacities; and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER GRANTING MODIFICATION OF SCHEDULING ORDER

Upon Plaintiff's Unopposed Motion for Modification of Scheduling Order (Dkt. # 55), and finding good cause shown, the Court GRANTS the motion.

The Scheduling Order in this case is modified as follows:

    a.    paragraph 7(b) is modified to extend the Discovery Cut-off to August 31, 2005;

    b.    paragraph 7(c) is modified to extend the Dispositive Motion Deadline to September 20, 2005; and

    c.    the hearing on dispositive motions presently set for August 11, 2005, pursuant to paragraph 7(c), is VACATED and RESCHEDULED for **November 10, 2005 at 9:00 a.m.**

    DATED:  June 27, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa
                                            _____
                                            Phillip S. Figa
                                            United States District Judge