IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-2320-PSF-MJW

MARK JORDAN,

    Plaintiff,

v.

ROBERT A. HOOD, Warden, ADX Florence,
MARY H. SOSA, Acting ISM, ADX Florence, in their official capacities,
and FEDERAL BUREAU OF PRISONS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Plaintiff's Second Unopposed Motion for Modification of Scheduling Order (Dkt. # 58) is GRANTED.  The Scheduling Order in this case is further modified as follows:

    a.    Paragraph 7(b) is modified to extend the discovery cutoff to September 30, 2005;

    b.    Paragraph 7(c) is modified to extend the dispositive motion deadline to October 20, 2005; and

    c.    The hearing on dispositive motions presently set for November 10, 2005, pursuant to paragraph 7(c), is RESCHEDULED for **December 14, 2005 at 9:00 a.m.**

DATED:  August 30, 2005