IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02320-PSF-MJW

MARK JORDAN,

      Plaintiff,

v.

ROBERT A. HOOD, Warden, ADX Florence;
MARY H. SOSA, Acting ISM, ADX Florence, in their official capacities; and
FEDERAL BUREAU OF PRISONS,

      Defendants.

---

## ORDER TO RESET FINAL PRETRIAL CONFERENCE

---

THIS MATTER is before the Court *sua sponte*. The final pretrial conference currently set in this matter for December 5, 2005 is RESET to **Tuesday, December 6, 2005 at 8:15 a.m.** In addition, it is

FURTHER ORDERED that oral argument will be heard at this time on plaintiff's pending Motion for Partial Summary Judgment (Dkt. # 62). Plaintiff Mark Jordan is not required to be present at the hearing. However, if plaintiff desires, his counsel should make arrangements between the facility where plaintiff is in custody and the Automation Services Office of the U.S. District Court in Denver, at 303-335-2020, for Plaintiff Jordan to appear by telephone or videoconferencing.

DATED: November 3, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge