**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-02320-PSF-MJW

MARK JORDAN,

    Plaintiff,

v.

ROBERT A. HOOD, Warden, ADX Florence,
MARY H. SOSA, Acting ISM, ADX Florence, in their official capacities,
and FEDERAL BUREAU OF PRISONS,

    Defendants.
_____

**ORDER GRANTING LEAVE TO FILE REPLY IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT TWO DAYS LATE**
_____

    Plaintiff's Motion for Leave to File Reply in Support of Motion for Partial Summary Judgment Two Days Late (Dkt. # 79) is GRANTED.

    Plaintiff's Reply, filed on December 29, 2005, is accepted.

    DATED December 30, 2005.

                                            BY THE COURT

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge