IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02320-PSF-MJW

MARK JORDAN,

    Plaintiff,

v.

ROBERT A. HOOD, Warden, ADX Florence;
MARY H. SOSA, Acting ISM, ADX Florence, in their official capacities; and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER TO RESET FINAL PRETRIAL CONFERENCE

This matter is before the Court *sua sponte*. Because of a change in date of the settlement conference in this matter, the final pretrial conference currently set in this matter for Friday, January 20, 2006 is RESET to **Tuesday, February 21, 2006 at 10:30 a.m.** Oral argument will be heard at this time on plaintiff's pending Motion for Partial Summary Judgment (Dkt. # 62). Plaintiff Mark Jordan is not required to be present at the hearing. However, if plaintiff desires, his counsel should make arrangements between the facility where plaintiff is in custody and the Automation Services Office of the U.S. District Court in Denver (303-335-2020) for Plaintiff Jordan to appear by telephone or videoconferencing.

    DATED: January 10, 2006

                                                      BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge