IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02320-PSF-MJW

MARK JORDAN,

    Plaintiff,

v.

ROBERT A. HOOD, Warden, ADX Florence;
MARY H. SOSA, Acting ISM, ADX Florence, in their official capacities; and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER

This matter is before the Court on parties' Proposed Pretrial Order (Dkt. # 87), filed February 14, 2006.  The Court REJECTS the Proposed Pretrial Order.  Counsel for parties are hereby ORDERED to meet and confer in person and develop a list of factual stipulations.  An insufficient list of stipulations will likewise not be accepted by this Court.

IT IS FURTHER ORDERED that the stipulations and revised Proposed Pretrial Order are to be filed in advance of the Final Pretrial Conference, currently scheduled for February 21, 2006 at 10:30 a.m.

DATED: February 14, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge