IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02320-PSF-MJW

MARK JORDAN,

    Plaintiff,

v.

ROBERT A. HOOD, Warden, ADX Florence;
MARY H. SOSA, Acting ISM, ADX Florence, in their official capacities; and
FEDERAL BUREAU OF PRISONS,

    Defendants.

_____

**ORDER**
_____

    The Show Cause Order of February 15, 2006, (Dkt. # 89) is VACATED.

    DATED: March 6, 2006.

                                                BY THE COURT:

                                                s/ Michael J. Watanabe

                                                Michael J. Watanabe
                                                United States Magistrate Judge