IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02320-PSF-MJW

MARK JORDAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

## ORDER SETTING FINAL TRIAL PREPARATION CONFERENCE
---

The above-captioned matter has been previously scheduled for a **three-day trial to the Court** before Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence **Monday, June 12, 2006 at 9:30 a.m.**

A Final Trial Preparation Conference is set for **Wednesday, June 7, 2006 at 2:30 p.m.  Lead counsel who will try the case shall attend.**  The parties shall have prepared and deliver their completed witness lists and exhibit lists to this final trial preparation conference.  Counsel are also directed to this Court's trial procedures which are available online.

    DATED: June 5, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge