# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILLIP S. FIGA

### *AMENDED* COURTROOM MINUTES

_____

Courtroom Deputy: Kathy Preuitt-Parks      Date: June 7, 2006
Court Reporter: Darlene Martinez            Time: one hour

_____

**CASE NO. 03cv02320PSFMJW**

<u>Parties</u>                                              <u>Counsel</u>

**MARK JORDAN,**                                    Edward Ramey

        Plaintiff,

vs.

**FEDERAL BUREAU OF PRISONS, et al,**       William G. Pharo

        Defendants.

_____

### FINAL TRIAL PREPARATION CONFERENCE
_____

**2:30 p.m. COURT IN SESSION**

APPEARANCES OF COUNSEL.

**2:32 p.m.**   Comments by Mr. Pharo in support of his position that the Court should rely on the administrative record.

**2:44 p.m.**   Comments by Mr. Ramey.

Joint exhibit list tendered to the Court.

Joint Exhibits **1, 2, 3, 4, 5, 6 and 7** are RECEIVED.

Discussion regarding defendants' witnesses and requests they be allowed to appear by video conferencing.

**ORDERED:**   Defendants' witnesses may appear by video conferencing as stipulated by counsel. Counsel may submit stipulations to what their testimony will be.

**ORDERED:**   Counsel shall submit their designations as to depositions before trial.

Witness list tendered to the Court.

Discussion regarding a necessity for rebriefing on the moot issue. Counsel may submit any supplement to that issue before trial.

Counsel shall provide the Court with an exhibit notebook.

**ORDERED:** Trial shall commence at **9:30 a.m. on June 12, 2006.**

***ORDERED:   Plaintiff's Motion for Partial Summary Judgment (62) is denied.***

**3:25 p.m. COURT IN RECESS**

**Total in court time:**          55 minutes

**Hearing concluded**